**ERGOWERX INTERNATIONAL LLC, Plaintiff–Appellant**

v.

**MAXELL CORPORATION OF AMERICA, Defendant–Appellee.**

No. 2014–1641.

United States Court of Appeals, Federal Circuit.

Sept. 11, 2015.

Jay P. Nelkin, Nelkin & Nelkin, P.C., Houston, TX, argued for plaintiff-appellant.

Hilary L. Preston, Vinson & Elkins, LLP, New York, NY, argued for defendant-appellee. Also represented by Ajeet P. Pai, Austin, TX; Nickou Oskoui, Dallas, TX.

DYK, TARANTO, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.